IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAYWOOD FRANKLIN, JR.**                                            **PLAINTIFF**

v.                  **Case No. 4:19-cv-00755-KGB**

**SCOTT A. ELLINGTON, Prosecuting Attorney,**              **DEFENDANTS**
**Craighead County,** *et al.*

## ORDER

Before the Court is the status of this case. On February 1, 2021, the Court denied without prejudice plaintiff Haywood Franklin, Jr.'s motion for leave to proceed *in forma pauperis* (Dkt. No. 13). The Court directed Mr. Franklin either to: (1) pay the $350.00 filing fee in full, or (2) resubmit an *in forma pauperis* application which reflects his free-world financial status (*Id.*). Mr. Franklin was advised that, if he failed to do within 30 days of this Court's Order, this action would be dismissed without prejudice (*Id.*). *See* Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.").

A copy of the Court's February 1, 2021, Order mailed to Mr. Franklin at his address of record was returned as undeliverable (Dkt. No. 14). On February 24, 2021, Mr. Franklin filed a notice of change of address (Dkt. No. 15). That same day, a copy of the Court's February 1, 2021, Order was resent to Mr. Franklin at his updated address. As of the date of this Order, Mr. Franklin has not complied with the Court's February 1, 2021, Order, and the time for doing so has passed. Accordingly, the Court dismisses without prejudice Mr. Franklin's claims (Dkt. No. 12). His request for relief is denied.

It is so ordered this 17th day of January, 2023.

_____
Kristine G. Baker
United States District Judge